UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH B. WEISER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-2043** |
| **ELIZABETH W. CASTILLE** | **SECTION: "S" (2)** |

ORDER AND REASONS

Before the court is plaintiff's ex parte **Motion to Effectuate Service of Process on Elizabeth W. Castille** through her business management office or manager (Rec. Doc. 95).

Federal Rule of Civil Procedure 4(e) provides:

(e) Serving an Individual Within a Judicial District of the United States. Unless federal law provides otherwise, an individual--other than a minor, an incompetent person, or a person whose waiver has been filed--may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Plaintiff has not effected service under Rule 4(e)(2)(A). Further, "service of the summons at the defendant's place of employment or business will not qualify under Rule 4(e)(2)(B)." WRIGHT &

MILLER, 4A FED. PRAC. & PROC. CIV. § 1096 (4th ed.) (collecting cases). Under Rule 4(e)(2)(C), a defendant's business manager is not deemed an agent for service in the absence of an actual appointment for that purpose. Id. at § 1097. Nor has plaintiff pointed to any other provision in the Federal Rules of Civil Procedure, or under state law as incorporated via Rule 4(e)(1), which would permit service in the manner proposed. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this  14th  day of June, 2021.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**